H. G. Robert Fong (Cal Bar No. 53535)
KU & FONG
444 S. Flower St., Suite 1500
Los Angeles, CA  90071
Telephone: (213) 488-1400
Facsimile: (213) 236-9325
Email: bobfong@ix.netcom.com

R. Trevor Carter (*pro hac vice* pending)
Andrew M. McCoy (*pro hac vice* pending)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, IN 46024-1750
Telephone: (317)-237-0300
Facsimile: (317)-237-1100
Email: trevor.carter@faegrebd.com
       andrew.mccoy@faegrebd.com

*Counsel for Defendants, Baby Trend, Inc.
Denny Tsai, and Betty Tsai*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WONDERLAND NURSERY GOODS CO., LTD<br><br>    Plaintiff,<br><br>  v.<br><br>BABY TREND, INC., DENNY TSAI, and BETTY TSAI<br><br>    Defendants. | Case No. 5:14-cv-01153-VAP (SPx)_____<br><br>**Defendants' Notice and Certification of Interested Parties (L.R. 7.1-1)** |

The undersigned, counsel of record for Defendants Baby Trend, Inc., Denny Tsai, and Betty Tsai, certifies that the following listed parties may have a pecuniary interest in the outcome of this case.  These representations are made to enable to Court to evaluate possible disqualification or recusal.

    1.    Baby Trend, Inc. (defendant);

US.54558424.01

1

2. Denny Tsai (defendant and officer of Baby Trend, Inc.);

3. Betty Tsai (defendant and officer of Baby Trend, Inc.)

4. Wonderland Nursery Goods Co., Ltd. (plaintiff)

Dated: July 22, 2014                         Respectfully submitted,

    /s/ H. G. Robert Fong
H. G. Robert Fong (Cal. Bar No. 53535)
**KU & FONG**

R. Trevor Carter (*pro hac vice* pending)
Andrew M. McCoy (*pro hac vice* pending)
**FAEGRE BAKER DANIELS LLP**
300 North Meridian St., Suite 2700
Indianapolis, IN 46204
Ph:   (317) 237-0300
Fax:  (317) 237-1000
Email: trevor.carter@faegrebd.com
       andrew.mccoy@faegrebd.com

**Counsel for Defendants, Baby Trend, Inc., Denny Tsai, and Betty Tsai**

## CERTIFICATE OF SERVICE

Pursuant to L.R. 5-3.2, the undersigned certifies that on July 22, 2014, the foregoing document was filed electronically via the Court's CM/ECF system and thus a copy of this document has been served to all counsel of record, who are registered CM/ECF users and have consented to electronic service, by operation of the Court's system.

    /s/ H. G. Robert Fong