UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| WONDERLAND NURSERYGOODS CO LTD<br><br>Plaintiff(s),<br><br>v.<br><br>BABY TREND, INC., et al.<br><br><br>Defendant(s). | CASE NO:<br>5:14−cv−01153−VAP−SP<br><br>ORDER SETTING<br>SCHEDULING CONFERENCE:<br><br>Date:     October 20, 2014<br>Time:    1:30 p.m.<br>Location: U.S. District Court<br>             3470 Twelfth Street<br>             Riverside, California<br>             Courtroom 2 |

**READ THIS ORDER CAREFULLY AND COMPLETE THE ATTACHED TABLE**

A Scheduling Conference has been set for October 20, 2014 at 1:30 p.m. The conference will be held pursuant to Fed. R. Civ. P. 16(b). The parties are reminded of their obligations to disclose information and confer on a discovery plan not later than 21 days prior to the scheduling conference and report to the Court not later than 14 days after they confer as required by Fed. R. Civ. P. 26 and the Local Rules of this Court. **ALL LEAD TRIAL COUNSEL MUST BE PRESENT**. Failure to comply may lead to the imposition of sanctions. Counsel are further directed to complete the table attached hereto as Exhibit A as part of counsel's joint report under Fed. R. Civ. P. 26(f). Counsel must also submit form ADR 1, located on the Court's website at www.cacd.uscourts.gov no

1 later than seven days before the scheduling conference date.

2

3 **IT IS SO ORDERED.**

4 DATED: August 21, 2014

5 _____
Virginia A. Phillips
6 United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A:  SCHEDULE OF PRETRIAL AND TRIAL DATES

CASE NAME:     WONDERLAND NURSERYGOODS CO LTD v. BABY TREND, INC. , et al.

CASE NO.:         5:14–cv–01153–VAP–SP

| Matter | Plaintiff(s) Request | Defendant(s) Request | Court's Order |
|---|---|---|---|
| Trial Date (**Tuesday**) Jury ☐; Court ☐; Length: ___ Days | | | |
| Pretrial Conf., L.R. 16; Hearing on Motions in Limine | | | |
| Last day to conduct Settlement Conf., L.R. 16–15 | | | |
| Last day for **hearing** non–discovery motions | | | |
| All Discovery Cutoff, including hearing all discovery motions | | | |
| Expert Disclosure (rebuttal) | | | |
| Expert Disclosure (initial) | | | |
| Last day to amend pleadings or add parties | | | |
| Last day for filing motion for class certification (if applicable) | | | |
| Hearing on motion for class certification (if applicable) | | | |

LOCAL RULE 16–15 Settlement Choice:

☐ U.S. Magistrate Judge (#1)

☐ Attorney Settlement Officer Panel (#2)

☐ Outside ADR (#3)

Revised as of April 2013                             –3–