O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WONDERLAND NURSERYGOODS CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> BABY TREND, INC., DENNY TSAI, AND BETTY TSAI, <br><br> Defendants. | Case No. EDCV 14-01153-VAP (SPx) <br><br> **ORDER RE: STAY PENDING <u>INTER PARTES</u> REVIEW** |

On April 20, 2015, this Court stayed the present action pending a decision by the Patent Trial and Appeal Board ("PTAB") regarding institution of <u>Inter Partes</u> Review ("IPR") proceedings surrounding the patent claims asserted in this action. (Doc. No. 64.) The parties were ordered to file a joint status report within 21 days of the PTAB's decision. On August 21, 2015, the parties submitted a joint status report informing the Court that the PTAB has instituted IPR proceedings as to all claims asserted in this action. (Doc. No. 65.) Because all claims asserted in this action are under review by the

PTAB, the reasons cited in the Court's prior order for staying the case remain in full force, rendering a status conference unnecessary at this time.

The action will remain stayed pending completion of the IPR proceedings. The parties shall file a joint status report no more than 21 days after the PTAB issues its final decisions on Defendants' IPR Petitions.

Dated: Sept 2 2015

VIRGINIA A. PHILLIPS
United States District Judge