FAEGRE BAKER DANIELS LLP
Michael Jaeger (Bar No. 289634)
*michael.jaeger@faegrebd.com*
11766 Wilshire Blvd., Suite 750
Los Angeles, CA 90025
Telephone: 310.500.2090
Facsimile: 310.500.2091

R. Trevor Carter (*pro hac vice*)
*trevor.carter@faegrebd.com*
Andrew M. McCoy (*pro hac vice*)
*andrew.mccoy@faegrebd.com*
Reid E. Dodge (*pro hac vice*)
*reid.dodge@faegrebd.com*
300 North Meridian Street, Suite 2700
Indianapolis, IN 46024-1750
Telephone: 317.237.0300
Facsimile: 317.237.1100

*Counsel for Defendants, Baby Trend, Inc. Denny Tsai, and Betty Tsai*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WONDERLAND NURSERY GOODS CO., LTD<br><br>       Plaintiff,<br><br>   v.<br><br>BABY TREND, INC., DENNY TSAI, and BETTY TSAI<br><br>       Defendants. | Case No. 5:14-cv-01153-VAP (SPx)__<br>Hon. Virginia A. Phillips<br><br>**DEFENDANTS' NOTICE OF UNOPPOSED MOTION AND UNOPPOSED MOTION FOR LEAVE TO AMEND ANSWER**<br><br>Hearing Date:   December 9, 2019<br>Hearing Time:   2:00 PM<br>Courtroom:       8A |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on December 9, 2019, at 2:00 PM, or as soon thereafter as counsel may be heard, in Courtroom 8A of the above-entitled Court located at 350 West 1st Street, Los Angeles, California, defendants Baby Trend, Inc., Denny Tsai, and Betty Tsai (collectively "Baby Trend" or "Defendants") will move for an order granting leave to file its First Amended Answer.

Baby Trend requests that the motion be granted because courts should freely give leave to amend when justice so requires, and because Plaintiff does not oppose the motion.

This motion is made following the conference of counsel required by L.R. 7-3, which first took place on October 14, 2019.  Counsel for Plaintiff advised that it does not oppose this motion, which eliminates the necessity for a hearing.  Accordingly, Baby Trend respectfully submits that the Court grant this motion on the papers and take the hearing off calendar.

Dated: November 7, 2019                               Respectfully submitted,

**FAEGRE BAKER DANIELS LLP**

 /s/ Reid E. Dodge
Reid E. Dodge

*Counsel for Defendants, Baby Trend, Inc., Denny Tsai, and Betty Tsai*

## UNOPPOSED MOTION FOR LEAVE

Pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure and the Court's Civil Trial Scheduling Order (ECF No. 106), Defendants Baby Trend, Inc., Denny Tsai, and Betty Tsai (collectively, "Baby Trend") respectfully move the Court for leave to file its First Amended Answer. In support of this motion, Baby Trend states:

1. Plaintiff Wonderland Nursery Goods Co., Ltd. ("Wonderland") filed its Complaint for Patent Infringement on June 6, 2014. (ECF No. 1.)

2. On July 22, 2014 Baby Trend filed its Answer. (ECF No. 24.)

3. On April 20, 2015, the Court stayed this case pending *inter partes* review ("IPR") of the asserted claims of U.S. Patent No. RE43,919 (the "'919 Patent") (i.e., the asserted patent).

4. On September 6, 2019, the Court lifted the stay and re-opened this case. Shortly thereafter, the Court issued a Civil Trial Scheduling Order setting February 24, 2020 as the "Last Day for hearing on a Motion to Amend Pleadings or Add New Parties." (ECF No. 106.) Accordingly, pursuant to Local Civil Rule 6-1, the last day to file a Motion to Amend Pleadings is January 27, 2020, which is 28 days before the February 24, 2020 deadline. Therefore, this motion is presented well before the Court's deadline.

5. Baby Trend now seeks leave to amend its Answer to update responses to reflect current circumstances, which have changed from the time the initial Answer was filed, and to add further description of its invalidity defenses.

6. Counsel for Wonderland has received a copy of Baby Trend's proposed amended answer and has provided "written consent" to the requested relief. FED. R. CIV. P. 15(a)(2).

7. Because courts "should freely give leave to amend when justice so requires," Baby Trend respectfully submits that the Court should grant this motion. *See also* FED.

R. Civ. P. 15(a)(2). Additionally, Wonderland consents to Baby Trend's requested relief, which further supports this requested relief. *See id.*

8. This motion is not made for purposes of delay.

9. Baby Trend's proposed First Amended Answer is attached hereto as Exhibit A.

WHEREFORE, Baby Trend respectfully moves the Court for leave to file its First Amended Answer.

Dated: November 7, 2019                **FAEGRE BAKER DANIELS LLP**


 /s/ Reid E. Dodge
Reid E. Dodge

*Counsel for Defendants, Baby Trend, Inc., Denny Tsai, and Betty Tsai*