| | |
|---|---|
| 1 | Erik R. Puknys (SBN 190926) |
| | erik.puknys@finnegan.com |
| 2 | Gary C. Ma (SBN 221294) |
| | gary.ma@finnegan.com |
| 3 | **FINNEGAN, HENDERSON, FARABOW,** |
| | **GARRETT & DUNNER, LLP** |
| 4 | 3300 Hillview Avenue |
| | Palo Alto, California 94304 |
| 5 | Telephone:  (650) 849-6600 |
| | Facsimile:   (650) 849-6666 |
| 6 | |
| 7 | Alan J. Weil (SBN 63153) |
| | ajweil@kbkfirm.com |
| 8 | Amanda D. Barrow (SBN 313583) |
| | abarrow@kbkfirm.com |
| 9 | **KENDALL BRILL & KELLY LLP** |
| | 10100 Santa Monica Blvd., Suite 1725 |
| 10 | Los Angeles, California 90067 |
| | Telephone:  (310) 556-2700 |
| 11 | Facsimile:   (310) 556-2705 |
| 12 | Roger D. Taylor (*pro hac vice*) |
| | roger.taylor@taylorsfirm.law |
| 13 | **LAW OFFICE OF ROGER TAYLOR, LLC** |
| | 531 Roselane Street, NW, Suite 200 |
| 14 | Marietta, GA 30060 |
| | Telephone:  (770) 331-8733 |
| 15 | *Attorneys for Plaintiff* |
| | *Wonderland Nurserygoods Co., Ltd.* |

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION - RIVERSIDE**

| | |
|---|---|
| WONDERLAND NURSERYGOODS CO., LTD., | CASE NO. 5:14-cv-01153-VAP-SP |
| Plaintiff, | **WONDERLAND'S EX PARTE APPLICATION FOR CLAIM CONSTRUCTION HEARING** |
| v. | |
| BABY TREND, INC., DENNY TSAI, and BETTY TSAI | Honorable Virginia A. Phillips |
| Defendants. | |

If the Court believes it will assist the Court, Plaintiff Wonderland requests the Court to schedule a claim construction hearing. The original scheduling order in this case set a schedule for claim construction briefing and a hearing (ECF No. 39). Then the Court stayed the case (ECF No. 70). The scheduling orders issued since then (ECF Nos. 106 and 130) adjusted the dates for the claim construction briefing but did not set a date for a claim construction hearing.

On June 19, 2020, the parties jointly sent an email to Christine Chung requesting a claim construction hearing. In that email, the parties reported that they both believed a hearing will benefit the Court. Baby Trend's counsel has indicated it still believes that a hearing will be helpful, but Baby Trend does not join in the present application. But it does not oppose the application either.

If the Court grants this ex parte application for a claim construction hearing, the parties agree to do the hearing remotely by video (e.g., Zoom or WebEx) or in person (if the Court is having in-person hearings and both sides are able to attend in person). The parties are currently available for a hearing on the following dates: August 10-11 and September 2-4, 15-16, and 21-23.

Respectfully submitted,

Dated: August 5, 2020

FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP

By: */s/ Erik R. Puknys*
  Erik R. Puknys (SBN 190926)
  *Attorneys for Plaintiff*
  *Wonderland Nurserygoods Co. Ltd.*