Alan Jay Weil (SBN 63153)
  ajweil@kbkfirm.com
Amanda D. Barrow (SBN 313583)
  abarrow@kbkfirm.com
KENDALL BRILL & KELLY LLP
10100 Santa Monica Blvd., Suite 1725
Los Angeles, California 90067
Telephone: (310) 556-2700
Facsimile: (310) 556-2705

*Attorneys for Plaintiff
Wonderland Nurserygoods Co., Ltd.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION - RIVERSIDE

| | |
|---|---|
| WONDERLAND NURSERYGOODS CO., LTD.,<br><br>Plaintiff,<br><br>v.<br><br>BABY TREND, INC., et al.,<br><br>Defendants. | Case No. 5:14-cv-01153-JWH-SP<br><br>**NOTICE OF UNOPPOSED MOTION AND MOTION BY KENDALL BRILL & KELLY LLP TO WITHDRAW AS COUNSEL OF RECORD FOR WONDERLAND NURSERYGOODS CO., LTD.; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**<br><br>Judge:  Honorable John W. Holcomb<br>Hearing Date:  November 20, 2020<br>Hearing Time: 9:00 a.m.<br>Place:  Courtroom 2 |

1                              Case No. 5:14-cv-01153-JWH-SP

KENDALL BRILL & KELLY LLP'S UNOPPOSED MOTION TO WITHDRAW AS COUNSEL

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** on November 20, 2020, or as soon thereafter as counsel may be heard by the above-entitled Court, located at the George E. Brown, Jr. Federal Building and United States Courthouse, 3470 12th St., Riverside, California 92501, in the courtroom of the Honorable John W. Holcomb, the law firm of Kendall Brill & Kelly LLP, particularly attorneys Alan Jay Weil and Amanda D. Barrow, will and hereby do move the Court for an order allowing them to withdraw as counsel of record for Plaintiff Wonderland Nurserygoods Co., Ltd.

Attorneys Weil and Barrow make this motion pursuant to Local Rule 83-2.3.2 on the ground that there is good cause for withdrawal. Wonderland does not oppose this motion.

This motion is based upon this notice of motion and motion, the attached memorandum of points and authorities, the pleadings, papers, and documents in the Court's file in this action, and such other and future evidence as may be presented at or before the hearing on this motion.

DATED:  October 20, 2020            KENDALL BRILL & KELLY LLP


By:     /s/ Alan Jay Weil
   Alan Jay Weil (SBN 63153)
    *ajweil@kbkfirm.com*
   Amanda D. Barrow (SBN 313583)
    *abarrow@kbkfirm.com*
   KENDALL BRILL & KELLY LLP
   10100 Santa Monica Blvd., Suite 1725
   Los Angeles, California 90067
   Telephone: (310) 556-2700
   Facsimile: (310) 556-2705

   *Attorneys for Plaintiff*
   *Wonderland Nurserygoods Co., Ltd.*

# MEMORANDUM OF POINTS AND AUTHORITIES

## I. Introduction

Kendall Brill & Kelly LLP ("KBK") currently represents Plaintiff Wonderland Nurserygoods Co., Ltd. ("Wonderland") in this action as local counsel. Because Wonderland is now represented by LTL Attorneys LLP ("LTL"), including attorneys based in LTL's Los Angeles office, Wonderland no longer requires KBK's services as local counsel. Wonderland does not oppose this motion and will not be prejudiced in any way by the withdrawal of Attorneys Weil and Barrow, because LTL will continue to represent Wonderland in connection with this litigation. Erik R. Puknys and Gary C. Ma of Finnegan Henderson Farabow, Garrett & Dunner, LLP ("Finnegan") also represent Wonderland in this action.

The fact that Attorneys Alan Jay Weil and Amanda D. Barrow will withdraw as local counsel has been communicated in writing to Wonderland and all other parties who have appeared in this action pursuant to Local Rule 83-2.3.2. For these reasons, Attorneys Weil and Barrow should be granted leave to withdraw as counsel in this matter.

## II. The Court Should Permit Attorneys Weil and Barrow to Withdraw from Representation of Wonderland in this Action

The Court should permit Attorneys Weil and Barrow to withdraw as counsel of record for Wonderland. Under Local Rule 83-2.3.2: (1) "[a]n attorney may not withdraw as counsel except by leave of court;" (2) "[a] motion for leave to withdraw must be made upon written notice given reasonably in advance to the client and to all other parties who have appeared in the action;" and (3) "[t]he motion for leave to withdraw must be supported by good cause."

Attorneys Weil and Barrow have served purely in the capacity of local counsel in this matter. LTL now represents Wonderland in this matter, along with Finnegan, and will continue to represent Wonderland after Attorneys Weil and Barrow have withdrawn as counsel. Attorney Michael J. Song of LTL's Los

Angeles office has entered an appearance in this action and now serves as counsel for Wonderland.  *See* ECF No. 157.  Because written notice of withdrawal has been given to Wonderland, and because LTL and Finnegan continue to represent it in this action, Wonderland does not oppose this motion and would not be prejudiced by the withdrawal of Attorneys Weil and Barrow, and there is good cause for the Court to grant KBK's request for leave to withdraw.

### III.   Conclusion

For the foregoing reasons, KBK, and particularly Attorneys Weil and Barrow, requests that the Court enter an order granting them leave to withdraw as counsel of record for Wonderland in this action.

DATED:  October 20, 2020          KENDALL BRILL & KELLY LLP

By:   /s/ Alan Jay Weil
Alan Jay Weil (SBN 63153)
 *ajweil@kbkfirm.com*
Amanda D. Barrow (SBN 313583)
 *abarrow@kbkfirm.com*
KENDALL BRILL & KELLY LLP
10100 Santa Monica Blvd., Suite 1725
Los Angeles, California 90067
Telephone: (310) 556-2700
Facsimile: (310) 556-2705

*Attorneys for Plaintiff*
*Wonderland Nurserygoods Co., Ltd.*